**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**STATE OF FLORIDA**

**v.**                                                             **Case No. 5:26-cv-93-AW-MJF**

**CORNELIO HUNT,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the magistrate judge's report and recommendation (ECF No. 12), and having carefully considered de novo the issues raised in Defendant's objections (ECF No. 15) and his other recent filings (ECF Nos. 13, 14, 16[1]), I now adopt the report and recommendation and incorporate it into this order. As the magistrate judge explains, Defendant has shown no proper basis to remove his pending state criminal cases, and remand is appropriate. The clerk will take appropriate steps to effect the remand. The clerk will then close the file.

SO ORDERED on April 13, 2026.

s/ *Allen Winsor*
Chief United States District Judge

---

[1] It appears the First Amended Complaint (ECF No. 14) was directed to the related civil case. *See* ECF No. 11 (order noting that criminal and civil cases would proceed separately and directing clerk to open new civil matter).